UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 25-CR-

BREW CITY ENVIRONMENTAL &
RESTORATION SERVICES, LLC,

[42 U.S.C. § 7413]

Defendants.

## INFORMATION

## <u>GENERAL ALLEGATIONS</u>

At all times material to this information:

1. Defendant, Brew City Environmental & Restoration Services, LLC ("Brew City"), was a limited liability corporation organized under the laws of the State of Wisconsin as of October 26, 2017, with a principal office in Oak Creek, Wisconsin.

2. Ashley George was the owner and principal operator of Brew City.

3. Brew City operated as an asbestos abatement, demolition, and waste transportation business.

4. George was licensed by the State of Wisconsin as an asbestos abatement supervisor and inspector.

5. Brew City engaged in asbestos abatement and demolition on municipal contracts with the City of Milwaukee.

1

6. George signed contracts, manifests, and notifications on behalf of Brew City.

*Legal Background*

7. The Clean Air Act (CAA), 42 U.S.C. §§ 7401-7671(q), is the federal law enacted by Congress to protect and enhance the quality of the nation's air resources to promote the public health and welfare. Congress established in the CAA a list of hazardous air pollutants, including asbestos.

8. The United States Environmental Protection Agency (U.S. EPA) has enacted regulations under the CAA to control the removal, handling, and disposal of asbestos (hereinafter referred to as "the federal asbestos regulations").

9. The federal asbestos regulations apply in a facility being renovated if the combined amount of regulated asbestos-containing material ("RACM") to be stripped, removed, dislodged, cut, drilled, or similarly disturbed is at least 260 linear feet on pipes, at least 160 square feet on other facility components, or at least 35 cubic feet once removed from any facility components.

10. The term "regulated asbestos-containing material" includes "friable asbestos material," which is any material containing more than one percent (1%) asbestos (as determined using a specific analytical method) that, when dry, can be crumbled, pulverized, or reduced to powder by hand-pressure.

11. The federal asbestos regulations apply to owners and operators of demolition or renovation activities that involve the removal of RACM. 40 C.F.R. § 61.141 and 51.145.

2

12. The federal asbestos regulations define renovation as "altering a facility or one or more facility components in any way, including the stripping or removal of RACM from a facility component." 40 C.F.R. § 61.141.

13. After securing and labeling the RACM, workers must dispose of it at an approved landfill that holds a permit allowing it to receive hazardous waste asbestos as soon as practical. 40 C.F.R. § 61.150(b).

14. Federal law allows U.S. EPA to delegate the authority to implement and enforce the federal asbestos regulations to State governments. 42 U.S.C. § 7412(1); 40 C.F.R. § 63.91. The State of Wisconsin has been delegated the authority to administer the asbestos regulatory program in the State, including the authority to receive notices of planned renovations or demolitions. Therefore, required notices of demolition and renovation activities within the State of Wisconsin must be sent to the Wisconsin Department of Natural Resources ("WDNR").

15. As part of its delegated authority, WDNR has required operators engaging in asbestos abatement to submit certain documents to WDNR. Wis. Admin. Code NR § 447.07.

16. The required documents include notices of intent to renovate or demolish in which the person making the notification states whether the renovation and demolition will disturb asbestos and include abatement work. *See* 40 C.F.R. § 61.145(b); Wis. Admin. Code NR § 447.07(3).

17. The notifications must correctly state where the asbestos abatement operator will dispose of the asbestos waste. 40 C.F.R. § 61.145(b)(4)(xii); Wis. Admin.

3

Code NR § 447.07(4)(L).

18.     The regulations also require an asbestos abatement operator to maintain waste manifests that track the movement of the hazardous asbestos waste from the facility to the proper landfill site. 40 C.F.R. § 61.150(d); Wis. Admin. Code NR § 447.13(4)(a).

**COUNT ONE**
(42 U.S.C. § 7413(c)(2)(A))

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

19.     Paragraphs 1-18 of the Information are realleged and incorporated here, and the following is further alleged.

20.     On or about October 3, 2020, in the State and Eastern District of Wisconsin,

**BREW CITY ENVIRONMENTAL AND RESTORATION SERVICES, LLC,**

knowingly made, and caused to be made, a false material statement in a report required to be filed with the WDNR, pursuant to the CAA, in that the defendant filed a manifest indicating that three yards of RACM were being disposed of at WM-OR, when the defendant then and there well knew that the RACM was, in fact, being disposed of at Advanced Disposal, and the defendant did further knowingly fail to update the manifest as required by regulation.

All in violation of Title 42, United States Code, Section 7413(c)(2)(A), 40 C.F.R. § 61.145(b), and 40 C.F.R. § 61.150(d).

4

Dated: 6/20/2025

_Joa Khuateshi_ (signature)

for RICHARD G. FROHLING
Acting United States Attorney

5