

**BRIAN T. FAHL**
btf@kravitlaw.com

# KRAVIT ▪ HOVEL & KRAWCZYK s c
## ATTORNEYS

TELEPHONE 414 ▪ 271 ▪ 7100

825 NORTH JEFFERSON
MILWAUKEE WISCONSIN
53202 ▪ 3737

FACSIMILE 414 ▪ 271 ▪ 8135

www.kravitlaw.com

May 21, 2025

**VIA E-MAIL**

Julie Stewart
Assistant United States Attorney
517 E. Wisconsin Ave, Room 530
Milwaukee, WI 53202
Julie.Stewart@usdoj.gov

> Re: *Cleanup Proposal for Brew City Environmental & Restoration Services, LLC and its Principal Ashley George*

Dear Julie:

The following is the proposal from Brew City regarding cleanup of the ACM located at Addison Lane in Oak Creek. We thought it prudent to provide the proposal to you before signing the plea agreement to make sure the proposal is acceptable to the government before signing the plea agreement.

This is a cleanup proposal under the company Brew City Environmental and Restoration Services LLC. The address of the cleanup site is 3860 E Addison Ln, Oak Creek, WI, 53154.

- Clean up will comply with federal, state and local municipal ordinances and guidelines. All proper and applicable notifications will be submitted before work can commence and under Brew City's company name. Such as DNR notification and newly developed "MyWisconsin ID".

- Inspection/sampling was done by WI DNR and will be properly uploaded on the DNR notification which is standard practice.

- Brew City Environmental will perform daily logs and work summaries. Weather can be a factor of everyday work performance which will also be documented in a work summary.

1

- Material will go in as RACM to a certified landfill of Waste Management with proper manifests under Brew City Environmental's name. Landfills to be utilized are Metro in Franklin, WI and/or Orchard Ridge landfill in Menomonee Falls, WI. Both are certified landfill locations of the DNR that are operated by Waste Management. Material will be loaded by an excavator while being wetted enough for dust suppression but not enough to create water runoff. Water used is non potable.

- RACM will be placed in 6 mil lined 30-yard dumpsters. Then sealed with proper labels to prevent asbestos dispersions during transportation.

- An international hooklift semi-truck with its proper DNR number will be transporting the 30-yard dumpsters to the certified landfills mentioned above. Robert George holds active CDL and will be the one transporting the RACM material while Ashley George will ride along for the transportation and final manifest process per load.

- Ashley George, Jake George and the third-party overseer will be supervisors on site with proper suits, respirators, gloves, and certifications. DJK Environmental will act as third-party overseer. Their job is to supervise Brew City's work and to submit a final satisfactory report for the EPA and DNR.

- A portable toilet from a certified sanitation company will be provided onsite.

- RACM pile on East End and small pile (B1) will be handled first then dumpsters that have been inspected during EPA/DNR investigation will be wetted and carefully released into the same pile area to ensure we can line those dumpsters properly just the same as the previous loads from the East End.

- The 3 bags (D1, D2, D3) will be properly wetted, double bagged, HEPA vacuumed sealed and labeled before final transportation to the certified landfill while using 6 mil asbestos bags.

- All loads and bags will be labeled under Brew City Environmental's name and address of 3860 E Addison Lane. All bags will be under friable material on manifest. Photos and small videos will be documented during this process to ensure legitimacy.

2

- Authorized/Certified individuals will be the ONLY ones allowed on the site. Any non-authorized individuals will be immediately vacated from the premises pursuant to Wisconsin Statutes Chapter 254 (Environmental Health) section 254.20 (asbestos abatement certification) Wisconsin Administrative Code chapter DHS 159 (Certification and Training Course Requirements for Asbestos Activities).

- Neighbors of the property will be properly notified and made aware before work commences to ensure their safety. The work is expected to take no longer than 6 months from the date that cleanup is initiated. However, the goal will be to complete the project sooner rather than later. The six-month timeline is provided to ensure enough time to complete the cleanup without additional court dates and wasting the EPA and DNR's time due to unforeseen delays in the cleanup process.

- After the cleanup has been done to the DNR's and EPA's satisfaction, Ashley George will properly dissolve Brew City Environmental.

Please let me know if the proposal is acceptable to the government or if there are changes that the government requires. Once we have an accepted cleanup proposal, Ms. George will be ready to sign the plea agreements on behalf of Brew City and herself.

Very truly yours,

/s Brian T. Fahl

Brian T. Fahl

BTF:lrg

3